# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YILMAZ UCAR, on behalf of himself, FLSA Collective Plaintiffs and the Class,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CINAR FOODS INC. d/b/a Cinar Turkish Restaurant 1 Cliffside Park; ATOS FOOD, LLC d/b/a Cinar Turkish Restaurant 2 West Caldwell; CINAR EMERSON LLC d/b/a Cinar Turkish Restaurant 3 Emerson; TUNC OZLU; ADEM BASKAYA; and GERMEN TATAR,<br><br>*Defendants/Counterclaimants.* | Civil Action No.: 2:18-cv-8506-KM-MAH |

## JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that on June 3, 2019, Plaintiff Yilmaz Ucar ("Plaintiff") and Defendants Cinar Foods Inc. d/b/a Cinar Turkish Restaurant 1 Cliffside Park, Atos Food, LLC d/b/a Cinar Turkish Restaurant 2 West Caldwell, Cinar Emerson LLC d/b/a Cinar Turkish Restaurant 3 Emerson, Tunc Ozlu, Adem Baskaya, and Germen Tatar (collectively the "Defendants") (together, the "Parties") through their undersigned attorneys, shall move before the Court for approval of the Parties' Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that in support hereof the Parties will rely upon the enclosed Memorandum of Law, Declaration of Counsel, and Proposed Order.

Respectfully submitted,

| | |
|---|---|
| s/ Robert Salaman | s/ Anthony Rainone |
| Robert D. Salaman, Esq. | Anthony M. Rainone, Esq. |
| AKIN LAW GROUP PLLC | Mark E. Critchley, Esq. |
| 45 Broadway, Suite 1420 | BRACH EICHLER LLC |
| New York, New York 10006 | 101 Eisenhower Parkway, Suite 201 |
| Tel: (212) 825-1400 | Roseland, NJ 07068 |
| rob@akinlaws.com | Tel: (973) 228-5700 |
| *Attorneys for Plaintiff* | Fax: (973) 618-5972 |
| | arainone@bracheichler.com |
| | *Attorneys for the Defendants/Counterclaimants* |

## **CERTIFICATE OF SERVICE**

I, Anthony M. Rainone, hereby certify that on this 3rd day of May, 2019, a copy of the foregoing was served electronically via CM/ECF system to all counsel of record.

s/ Anthony M. Rainone
ANTHONY M. RAINONE, ESQ.

BE:10277161.1/CIN021-274380