**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YILMAZ UCAR, on behalf of himself, FLSA Collective Plaintiffs and the Class,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CINAR FOODS INC. d/b/a Cinar Turkish Restaurant 1 Cliffside Park; ATOS FOOD, LLC d/b/a Cinar Turkish Restaurant 2 West Caldwell; CINAR EMERSON LLC d/b/a Cinar Turkish Restaurant 3 Emerson; TUNC OZLU; ADEM BASKAYA; and GERMEN TATAR,<br><br>*Defendants/Counterclaimants.* | Civil Action No.: 2:18-cv-8506-KM-MAH |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT**

This matter comes before the Court upon the Joint Motion of Plaintiff Yilmaz Ucar ("Plaintiff") and Defendants Cinar Foods Inc. d/b/a Cinar Turkish Restaurant 1 Cliffside Park, Atos Food, LLC d/b/a Cinar Turkish Restaurant 2 West Caldwell, Cinar Emerson LLC d/b/a Cinar Turkish Restaurant 3 Emerson, Tunc Ozlu, Adem Baskaya, and Germen Tatar (collectively the "Defendants")(together, the "Parties"), to approve the Parties' settlement.

IT IS on this 9th day of May, 2019,

ORDERED that the Joint Motion for Approval of the Parties' Settlement Agreement is GRANTED as to all of the terms of the Agreement.

SO ORDERED.

_____
HON.

BE:10277169.1/CIN021-274380